IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE VONNIEDA-LAGRASSA, individually and on behalf of all others similarly situated, *et al.*,
    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, d/b/a RIGHTPATH SERVICING,
    Defendant.

Civil No. 5:23-cv-03407-JMG

## ORDER

**AND NOW**, this 7th day of November, 2024, upon consideration of Plaintiffs' First Amended Class Action Complaint (ECF No. 33), Defendant's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 36), Plaintiffs' Response in Opposition to the Motion to Dismiss (ECF No. 37), and Defendant's Reply Memorandum in Support of its Motion to Dismiss (ECF No. 43), **IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 36) is **GRANTED**, and the First Amended Complaint (ECF No. 33) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge